1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID S. MOWATT,

11          Plaintiff,                        No. 2:11-cv-2482 EFB P

12        vs.

13   MIKE McDONALD, et al.,

14          Defendants.                       ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  Plaintiff, who has paid the filing fee, requests leave to proceed in forma pauperis

18   in order to receive assistance from the United States Marshal with effecting service of process on

19   defendants.  Dckt. No. 19.

20        A prisoner seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1)

21   must submit an affidavit that includes a statement of all assets showing that he "is unable to pay

22   such fees or give security therefor."  Here, plaintiff's application must be denied because the

23   information provided therein does not demonstrate that because of plaintiff's poverty, he cannot

24   cover court costs and still be able to provide himself with the necessities of life.  *See Rowland v.*

25   *California Men's Colony*, 506 U.S. 194, 217-218 (U.S. 1993) (Section 1915 gives courts

26   discretion in granting in forma pauperis status); *White v. United States Postal Serv*., 465 Fed.

1

1   Appx. 708 (9th Cir. 2012) (affirming denial of application to proceed in forma pauperis where

2   plaintiff failed to demonstrate indigence in light of the income reported in his financial

3   affidavits).

4        Accordingly, IT IS HEREBY ORDERED that plaintiff's application for leave to proceed

5   in forma pauperis (Dckt. No. 19) is denied.

6   Dated:  August 21, 2012.

7                   EDMUND F. BRENNAN

8                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26